UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) CASE No. 8:19-cr-444 | |
| | ) | |
| PERCY JACOBS | ) | DEFENDANT |

## OBJECTION TO MOTION TO EXCLUDE TIME PURSUANT TO SPEEDY TRIAL ACT

COMES NOW Percy Jacobs by and through his attorney Justin Eisele and for his objection states the following:

1.    On July 23, 2020, the government filed a motion to exclude time under the speedy trial act. (DOC # 30).

2.    The Government correctly noted that Mr. Jacobs does not consent. Mr. Jacobs objects to the tolling of such a significant portion of time.

3.    Mr. Jacobs would request that a conference call be set so that a scheduling order for motions and trial can issue.

WHEREFORE, Mr. Jacobs prays that this motion be denied and for all other just and appropriate relief.

Respectfully submitted,

/s/ Justin Eisele
Justin Eisele
PO BOX 1127
Rockville, MD 20850
PH: 301.513.7832 FX: 443.588.0400
Justin.eisele@seddiqlaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27 July 2020 a true and correct copy of the

foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.


<u>/s/ Justin Eisele</u>
Justin Eisele