UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE No. 8:19-cr-444 |
| | ) | |
| PERCY JACOBS | ) | DEFENDANT |

**MOTION TO CONTINUE SENTENCING DATE AND EXTEND DEADLINES FOR**

**FILING OF SENTENCING MEMORANDUM AND PSR OBJECTIONS**

COMES NOW Percy Jacobs by and through his attorney Mirriam Z. Seddiq and for his motion states the following:

1.      This matter is set for sentencing on  November 21, 2022.

2.      Counsel Seddiq has been out of the country for many days due to a family funeral and the grieving of her uncle.

3.      Counsel has not had time to prepare her sentencing memorandum due to her grieving and absence from the country.

4.      It appears from the docket that, for other reasons, Ms. Sandra Curl is requesting additional time and a continuance.

5.      Mr. Jacobs faces prison time and requests that his counsel's motion be granted so that counsel may be fully prepared for sentencing in this matter.

WHEREFORE, Mr. Jacobs prays that this motion is granted and for all other just and appropriate relief.

Respectfully submitted,

/s/ Mirriam Z. Seddiq

1

Mirriam Z Seddiq
PO BOX 1127
Rockville, MD 20850
PH: 301.513.7832 FX: 443.588.0400
mirriam.seddiq@seddiqlaw.com