### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
#### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **No. LKG19-444** |
| | § | |
| **PERCY LEROY JACOBS,** | § | |
| *Defendant* | § | |

## DEFENDANT JACOB'S RESPONSE TO THE GOVERNMENT'S MOTION FOR REVOCATION OF HIS BOND PENDING APPEAL

The defendant, Percy Leroy Jacobs, responds to the government's motion for revocation of his bond pending appeal.  Mr. Jacobs opposes the government's request that this Court revoke his bond and order him to report to prison forthwith. He notes that, on Friday, June 7, 2024, he e-filed a petition for writ of certiorari with the Supreme Court of the United States and, on the same day, mailed an original and ten hard copies of the petition to the Supreme Court.  **A copy of that petition and its appendices are attached.**  The Supreme Court will docket the petition and assign it a case number in the coming days.  The Court likely will rule on the petition at the beginning of the Court's October Term in October 2024.

As the attached petition shows, the issues raised are worthy of certiorari in that the decision of the U.S. Court of Appeals for the Fourth Circuit in Mr. Jacobs's case conflicts with decisions of other federal circuit courts on different issues

concerning the Court's decision in *Faretta v. California*, 422 U.S. 806 (1975). For that reason, Mr. Jacobs requests that this Court not order him to surrender to a federal prison until the Supreme Court has had an opportunity to rule on his petition. Mr. Jacobs, through counsel,  will notify this Court of the Supreme Court's ruling on his petition immediately after it occurs.

Respectfully submitted,


Law Offices of Marc G. Hall, P.C.


_____/s/_____

Marc G. Hall
Fed Bar No. 01386
6411 Ivy Lane
Suite 304
Greenbelt, MD 20770
240 205-3041


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Document was electronically delivered, this 11th day of June 2024 to: The United States Attorney's Office, Greenbelt, MD.


_____/s/_____

Marc G. Hall